**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO HERNANDEZ-LOPEZ,<br>  aka "Eduardo Hernandez"<br>  aka "Eduardo Lopez"<br><br>      Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Illegal Reentry of a Removed Alien)**

On or about November 24, 2024, in the Southern District of Ohio, the defendant, **EDUARDO HERNANDEZ-LOPEZ,** an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about May 25, 2010, November 24, 2020, December 14, 2020, December 20, 2020, January 5, 2021, January 8, 2021, and July 26, 2023, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

**In violation of 8 U.S.C. § 1326(a).**

A TRUE BILL.

*s/Foreperson*_____
**FOREPERSON**

**KENNETH L. PARKER**
United States Attorney

_____
**ELIZABETH A. GERAGHTY (0072275)**
Assistant United States Attorney